Christopher Massenburg (State Bar No. 309621)
cmassenburg@mgmlaw.com
Lindsay Weiss (State Bar No. 268076)
lweiss@mgmlaw.com
Charles W. Jenkins (State Bar No. 134338)
cjenkins@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
444 South Flower Street, Suite 4100
Los Angeles, CA 90071
Tel.: (213) 622-7300
Fax: (213) 622-7313

Attorneys for Defendant
**GREENE, TWEED & CO., INC.**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYCE A. STRINGER and NANCY C. STRINGER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BILTRITE, INC., et al.<br><br>Defendants | Case No.: 2:23-cv-09813-SVW-E<br><br>**DECLARATION OF SHANNON R. JACKSON IN SUPPORT OF DEFENDANT GREENE, TWEED & CO., INC.'S MOTION FOR RELIEF PURSUANT TO FRCP § 60(b) AND FOR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 USC § 1406(a)**<br><br>Filed Concurrently with:<br><br>1. Notice of Motion<br>2. Memorandum of Points and Authorities<br>3. Declaration of Charles W. Jenkins<br><br>Date: January 8, 2024<br>Time: 1:30 p.m.<br>Courtroom: 10A |

1

DECLARATION OF SHANNON R. JACKSON IN SUPPORT OF DEFENDANT GREENE, TWEED & CO., INC.'S MOTION FOR RELIEF PURSUANT TO FRCP § 60(b) AND FOR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 USC § 1406(a)

I, Shannon R. Jackson, declare:

1. I am a legal assistant of MANNING GROSS + MASSENBURG LLP, counsel for Defendant, Greene, Tweed & Co, Inc. ("Greene, Tweed"). This declaration is submitted in support of Greene, Tweed's Motion to Change Venue. If called and sworn as a witness, I could testify competently to the following:

2. On November 17, 2023, I was responsible for filing Greene, Tweed's Notice of Removal of *Boyce Stringer, et al. v. American Biltrite Inc., et al.*, Superior Court of California, County of Alameda, Case No. 23CV046055; pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. I mistakenly uploaded the Notice of Removal and related pleadings to the United States District Court for the Central District of California. I had meant to upload and file the pleadings the United States District Court for the Northern Central District of California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 22, 2023, at Contra Costa County, California.

　　　　　　　　　　　　　　　　　　　*/s/: Shannon R. Jackson*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Shannon R. Jackson

# CERTIFICATE OF SERVICE

United States District Court, Central District Case No.: 2:23-cv-09813-SVW-E

I, the undersigned, declare and state:

That I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 101 Montgomery Street, Suite 2850, San Francisco, CA 94104.

On the date set forth below, I served the following document described as:

**DECLARATION OF SHANNON R. JACKSON IN SUPPORT OF DEFENDANT GREENE, TWEED & CO., INC.'S MOTION FOR RELIEF PURSUANT TO FRCP § 60(b) AND FOR TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 USC § 1406(a)**

on all interested parties in this action as indicated below:

☒ **BY ELECTRONIC COURT FILING (ECF)**: I caused the above-entitled document(s) to be served electronically through the United States District Court, Central ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the filing receipt will be maintained with the original document in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 22, 2023, in San Francisco, California.

                                       /s/ *Jen Merrill*
                                       Jen Merrill