JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYCE A. STRINGER and NANCY C. STRINGER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMERICAN BILTRITE, INC.<br><br>        Defendants. | Case No.: 2:23-cv-09813-SVW-E<br><br>[Alameda County Superior Court Case No.: 23CV046055]<br><br>**ORDER IMMEDIATELY REMANDING TO STATE COURT THE REMOVED ACTION**<br><br>Courtroom: 10A, 10th Floor<br>District Judge: Hon. Stephen V. Wilson<br><br>Courtroom: 750, 7th Floor<br>Magistrate Judge: Hon. Charles F. Eick<br><br>Filed in State Court: October 2, 2023<br>Removed to NDCA: November 17, 2023<br>Trial Date:      Not yet set |

AND NOW, this <u>6th</u> day of <u>  December  </u>, 2023, it is hereby ORDERED that the parties' Stipulations Immediately Remanding to State Court the Removed Action filed on November 29, 2023 hereto is GRANTED. The above-captioned case is hereby REMANDED to Superior Court of the State of California, County of Alameda.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: December 6, 2023         By: _/s/ Stephen V. Wilson_

STEPHEN V. WILSON
U.S. DISTRICT JUDGE